

FILED

04/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0180

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0180

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

BRANDON LEE CRAFT,

    Defendant and Appellant.

O R D E R

Brandon Lee Craft moves this Court for appointment of counsel. He states that "[c]ounsel now[] would be appropriate on this subsequent direct appeal," concerning his claim of newly discovered evidence regarding jury selection. Craft is incarcerated and includes a copy of the judgment on appeal.

On February 23, 2024, the Cascade County District Court denied Craft's motion for a new trial that originally occurred in November 2019. There is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA.

Craft is not entitled to court-appointed counsel here. Craft represented himself in the District Court. He has not demonstrated the existence of extraordinary circumstances to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Accordingly,

IT IS ORDERED that Craft's Motion for Appointment of Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Brandon Lee Craft with a copy of this Court's Appellate Handbook for reference to the Montana Rules of Appellate Procedure and access to its forms.

DATED this 8 day of April, 2024.

For the Court,

By _____
    Chief Justice